UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OSEN LLC                                              :
                                                      :   Case No. 17 Civ. 4457 (KPF)
                    Plaintiff,                        :
                                                      :   AFFIDAVIT OF SERVICE
         -against-                                    :
                                                      :
UNITED STATES CENTRAL COMMAND                         :
                                                      :
                    Defendant.                        :
------------------------------------------------------------x

    I, Michael J. Radine, declare under penalty of perjury that I served a copy of the Court's Individual Rules and its June 16, 2017 Order (ECF No. 9) upon Andrew Krause, counsel for Defendant, by electronic mail to andrew.krause@usdoj.gov.

Dated:  Hackensack, New Jersey
        June 23, 2017

                                                /s/ Michael J. Radine
                                                Michael J. Radine
                                                OSEN LLC
                                                120 W. 45th Street, Suite 405
                                                New York, New York 10036
                                                Tel. (212) 354-0111
                                                Fax (201) 265-0303

                                                2 University Plaza, Suite 402
                                                Hackensack, NJ 07601
                                                Tel. (201) 265 6400
                                                Fax (201) 265 0303