UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OSEN LLC                                              :
                                                      :   Case No. 17-cv-4457 (KPF)
                  Plaintiff,  :
                                                      :
     -against-                                   :
                                                      :
UNITED STATES CENTRAL COMMAND    :
                                                      :
                  Defendant.  :
-------------------------------------------------------------x

## DECLARATION OF WILLIAM A. FRIEDMAN

William A. Friedman declares as follows:

1. I am a member of the Bar of this Court and a senior associate at Osen LLC, Plaintiff in the above-encaptioned action. I submit this declaration and exhibits attached hereto in support of Plaintiff's Opposition to Defendant United States Central Command's Motion for Summary Judgment and in support of Plaintiffs Cross-Motion for Summary Judgment.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an electronic excerpt from *My Share of the Task* by Gen. (ret.) Stanley McChrystal, published by Penguin Group, 2013.

3. Attached hereto as **Exhibit 2** is a DVD-ROM containing true and correct copies of all documents released by the United States Central Command ("CENTCOM") in this action.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's November 15, 2016 correspondence to CENTCOM requesting documents related to 92 Attacks.  The subsequent requests were made on or about February 7, 2017 by members of this firm via CENTCOM's designated email address for FOIA requests.

5. Attached hereto as **Exhibit 4** is a true and correct copy of records produced by CENTCOM in connection with the April 12, 2006 EFP attack that killed Scott Bandhold numbered, 1:1714-55 and 4:262-305.

6. Attached hereto as **Exhibit 5** is a true and correct copy of records produced by CENTCOM in connection with the August 4, 2008 EFP attack that killed Johnathan Menke, numbered 1:1522-60, 3:555-618, and 4:600-674.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the records produced by CENTCOM in connection with the January 10, 2009 EFP attack that killed Justin Bauer, numbered 1:1756-93, 3:794-828, and 4:1112-31.

8. Attached hereto as **Exhibit 7** are true and correct copies of the U.S. Department of the Treasury notices advising of the designations of the Islamic Revolutionary Guard Corps, the Islamic Revolutionary Guard Corps-Qods Force, Hezbollah, Kata'ib Hezbollah and other Shi'a terror cell leaders.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the *reuters.com* article "Cleric Moqtada al-Sadr's block wins Iraq election," dated May 18, 2018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of still images from the CNN video report "Getting Deadlier."

11. Attached hereto as **Exhibit 10** is a CD-ROM containing a true and correct copy of the CNN video report "Getting Deadlier."

12. Attached hereto as **Exhibit 11** is a true and correct copy of, "Introduction to Shaped Charges," by William Walters of the Army Research Laboratory dated March 2007 and an accompanying video on CD-ROM.

13. Attached hereto as **Exhibit 12** is a true and correct copy of correspondence dated November 19, 2015 from CENTCOM to David Scantling in response to his FOIA request for records related to the March 13, 2006 EFP attack that killed SSG Brian A. Lewis. Mr. Lewis's widow is one of Plaintiff's clients.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the documents released by CENTCOM to Mr. Scantling on November 19, 2015.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an email from Plaintiff's counsel to counsel for CENTCOM regarding attaching a portion of the documents previously released to Mr. Scantling.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the records released by CENTCOM to Plaintiff regarding the March 13, 2006 EFP attack that killed SSG Lewis.

17. On or about February 7, 2017, Plaintiff's attorneys made requests to the United States Army via its website for AR 15-6 investigations relating the Attacks.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a list of AR 15-6 investigation reports provided by ARCENT to Plaintiff via email dated June 19, 2017. The email provided an estimated release date for the files of October 31, 2017.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an email from ARCENT to Plaintiff dated October 17, 2017, advising that ARCENT was revising its estimated release date to November 20, 2017.

20. Attached hereto as **Exhibit 18** is a true and correct copy of an email from ARCENT to Plaintiff dated November 22, 2017, advising that ARCENT was revising its estimated release date to December 17, 2017.

21. Attached hereto as **Exhibit 19** is a true and correct copy of an email from ARCENT to Plaintiff dated December 19, 2017, advising that ARCENT was revising its estimated release date to January 19, 2018.

22. Plaintiff received the first 13 AR 15-6 investigation reports from ARCENT on February 6, 2018. Seven additional reports have followed in the subsequent months.

23. Attached hereto as **Exhibit 20** is a true and correct copy of ARCENT's current tracking spreadsheet.

24. Attached hereto as **Exhibit 21** is a true and correct copy of CENTCOM released documents numbered 1:1021, 1:1720-21, 1:1885-87, 1:1256).

25. Attached hereto as **Exhibit 22** is a true and correct copy of CENTCOM released documents numbered 4:267-70, 1:1720-21, 4:599-562, 1:1885-88.

26. Attached hereto as **Exhibit 23** is a true and correct copy of CENTCOM released documents numbered 1:1844, 1:1850, 1:1928, 1:1929.

27. Attached hereto as **Exhibit 24** is a true and correct copy of CENTCOM released documents numbered 1:1381, 1:1952, 1:909, 1:1168.

28. Attached hereto as **Exhibit 25** is a true and correct copy of CENTCOM released documents numbered 1:1739, 1:533.

29. Attached hereto as **Exhibit 26** is a true and correct copy of the AR 15-6 investigation report released by ARCENT relating to the June 2, 2007 EFP attack that killed Joshua D. Brown and Shawn E. Dressler.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Hackensack, New Jersey on May 29, 2018.

/s/ William A. Friedman