# Exhibit 20

| USARCENT FOIA # | Control Number | Soldier | DOD | POD | Estimated Completion Date |
|---|---|---|---|---|---|
| FA-17-0084 | FP-17-014006 | Col Stephen K. Scott | 6-Apr-08 | Baghdad, Iraq | 31-May-18 |
| FA-17-0088 | FP-17-014043 | SGT Timoth M. Smith | 7-Apr-08 | Baghdad, Iraq | Completed |
| FA-17-0089 | FP-17-014044 | PFC Raymond N. Spencer, Jr | 21-Jul-07 | Baghdad, Iraq | Completed |
| FA-17-0092 | FP-17-014052 | SPC Brandon Stout | 22-Jan-07 | Baghdad, Iraq | Completed |
| FA-17-0103 | FP-17-014124 | MAJ Stuart A. Wolfer | 6-Apr-08 | Baghdad, Iraq | 31-May-18 |
| FA-17-0106 | FP-17-014133 | SGT Brennan Gibson | 10-Dec-05 | Baghdad, Iraq | Completed |
| FA-17-0109 | FP-17-014138 | CPL Tony J. Gonzales | 28-Dec-08 | Baghdad, Iraq | Completed |
| FA-17-0111 | FP-17-014140 | PFC Andrew J. Habsieger | 23-Mar-08 | Baghdad, Iraq | Completed |
| FA-17-0112 | FP-17-014141 | SGT Christopher M. Hake | 23-Mar-08 | Baghdad, Iraq | Completed |
| FA-17-0113 | FP-17-014143 | CPL James M. Hale | 13-Aug-08 | Baghdad, Iraq | Completed |
| FA-17-0114 | FP-17-014150 | SPC Blake M. Harris | 15-Mar-07 | Baghdad, Iraq | 31-May-18 |
| FA-17-0115 | FP-17-014189 | SSG Jeffrey L. Hartley | 8-Apr-08 | Kharguliah, Iraq | Completed |
| FA-17-0116 | FP-17-014191 | SSGT Ryan E. Haupt | 17-Oct-06 | Baghdad, Iraq | Completed |
| FA-17-0117 | FP-17-014192 | SPC Charles T. Heinlein Jr. | 31-Jul-07 | Baghdad, Iraq | Completed |
| FA-17-0118 | FP-17-014204 | 1st Lt Joseph D. Helton, Jr | 8-Sep-09 | Baghdad, Iraq | Completed |
| FA-17-0120 | FP-17-014221 | CPL Corey L. Hicks | 2-May-08 | Baghdad, Iraq | Completed |
| FA-17-0121 | FP-17-014222 | SFC David R. Hurst | 7-Jun-08 | Baghdad, Iraq | 31-May-18 |
| FA-17-0125 | FP-17-014230 | LTC Eric J. Kruger | 2-Nov-06 | Baghdad, Iraq | Completed |
| FA-17-0128 | FP-17-014236 | SPC Kyle A. Little | 8-May-07 | Salman Park, Iraq | Completed |
| FA-17-0129 | FP-17-014238 | PFC Adam L. Marion | 28-Apr-08 | Baghdad, Iraq | 31-May-18 |
| FA-17-0133 | FP-17-014268 | SSGT Kenneth Mayne | 4-Sep-08 | Baghdad, Iraq | Completed |
| FA-17-0134 | FP-17-014271 | SSG Roberto Andrade, Jr | 18-Jan-09 | Baghdad, Iraq | Completed |
| FA-17-0135 | FP-17-014278 | SGT Steve A. McCoy | 23-Mar-08 | Baghdad, Iraq | Completed |
| FA-17-0141 | FP-17-014301 | SSGT Justin Bauer | 10-Jan-09 | Baghdad, Iraq | 31-May-18 |
| FA-17-0144 | FP-17-014305 | PFC Brandon Bobb | 17-Jul-07 | Baghdad, Iraq | Completed |
| FA-17-0147 | FP-17-014346 | SPC Joshua D. Brown | 2-Jun-07 | Baghdad, Iraq | Completed |
| FA-17-0150 | FP-17-014351 | SGT Timothy David | 28-Jun-09 | Baghdad, Iraq | Completed |
| FA-17-0152 | FP-17-014355 | PFC George Delgado | 23-Mar-08 | Baghdad, Iraq | Completed |
| FA-17-0154 | FP-17-014357 | SGT Dayne Dhanoolal | 31-Mar-08 | Baghdad, Iraq | Completed |
| FA-17-0156 | FP-17-014360 | SGT Shawn E. Dressler | 2-Jun-07 | Baghdad, Iraq | Completed |
| FA-17-0157 | FP-17-014361 | SPC Daniel P. Drevnick | 16-Jul-09 | Baghdad, Iraq | Completed |
| FA-17-0167 | FP-17-014397 | 1st LT David Fraser | 26-Nov-06 | Baghdad, Iraq | 31-May-18 |
| Cases Referred from CENTCOM | | | | | |
| FA-18-0045 | FP-18-011132 | SGT Mickel D. Garrigus | 27-Jun-07 | Baghdad, Iraq | 31-May-18 |
| FA-18-0046 | FP-18-011134 | SGT Terrell W. Gilmore | 30-Mar-08 | Baghdad, Iraq | 31-May-18 |
| FA-18-0047 | FP-18-011135 | SSGT Emanuel Pickett | 6-Apr-08 | Baghdad, Iraq | 31-May-18 |
| FA-18-0048 | FP-18-011137 | CPL Michelle R. Ring | 5-May-07 | Baghdad, Iraq | 31-May-18 |
| FA-18-0049 | FP-18-011138 | SPC Nicholas Baumhoer | 27-Apr-10 | Baghdad, Iraq | |
| FA-18-0050 | FP-18-011139 | SSG Shannon M. Smith | 8-Sep-09 | Baghdad, Iraq | |
| FA-18-0051 | FP-18-011140 | SSG Virgil C. Martinez | 6-May-07 | Baghdad, Iraq | |
| FA-18-0052 | FP-18-011142 | SPC Johnathan Menke | 4-Aug-08 | Baghdad, Iraq | |
| FA-18-0053 | FP-18-011143 | SPC Ahmed Cason | 4-Apr-04 | Baghdad, Iraq | 31-May-18 |
| FA-18-0054 | FP-18-011144 | CPL Brad A. Davis | 22-Apr-09 | Baghdad, Iraq | 31-May-18 |
| FA-18-0055 | FP-18-011145 | PFC William A. Farrar, Jr | 11-May-07 | Baghdad, Iraq | |
| FA-18-0056 | FP-18-011146 | SGT Corad Alvarez | 20-Feb-08 | Baghdad, Iraq | |
| FA-18-0059 | FP-18-011151 | PFC Jacob T. Tracy | 18-Jun-07 | Baghdad, Iraq | |