UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSEN LLC,

                Plaintiff,

-v.-

UNITED STATES CENTRAL COMMAND,

                Defendant.

17 Civ. 4457 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the Second Circuit's Opinion and Mandate regarding this Court's prior partial grant of summary judgment in favor of Plaintiff. (Dkt. #56). Consistent with the Second Circuit's decision, the Court finds that Defendant's withholdings under the first exemption were proper, and therefore Defendant is entitled to summary judgment in full. Therefore, the Court reopens this case only to so that it can ORDER that Defendant's motion for summary judgment be GRANTED and that Plaintiff's cross-motion be DENIED.

    The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:     September 14, 2020
                New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge